1  JEANNE M. ZOLEZZI – SBN 121282
   HERUM CRABTREE BROWN
2  A California Professional Corporation
   2291 WEST MARCH LANE, SUITE B100
3  STOCKTON, CALIFORNIA 95207
   Telephone: (209) 472-7700
4  Facsimile: (209) 472-7986

5  Attorneys for Plaintiff
   STOCKTON EAST WATER DISTRICT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STOCKTON EAST WATER DISTRICT, CENTRAL SAN JOAQUIN WATER CONSERVATION DISTRICT, COUNTY OF SAN JOAQUIN, CITY OF STOCKTON, CALIFORNIA WATER SERVICE COMPANY, <br><br> Plaintiffs, <br> vs. <br><br> UNITED STATES OF AMERICA, DEPARTMENT OF THE INTERIOR, BUREAU OF RECLAMATION; UNITED STATES OF AMERICA, DEPARTMENT OF INTERIOR, FISH AND WILDLIFE SERVICE; BRUCE BABBITT, SECRETARY OF THE INTERIOR, <br><br> Defendants. | Case No.: CV-F-93-5896 OWW <br><br> Case No.: CV-F-96-5738 OWW   DLB <br> (Consolidated) <br><br> ORDER RE: STAY OF REFERRAL; CONTINUED STATUS CONFERENCE |
| CENTRAL DELTA WATER AGENCY, RECLAMATION DISTRICT NO. 2072, and R.C. FARMS, INC., <br><br> Plaintiffs, <br> vs. <br><br> UNITED STATES OF AMERICA, DEPARTMENT OF THE INTERIOR, BUREAU OF RECLAMATION, ET AL., <br><br> Defendants. | |

1

**[PROPOSED] ORDER RE: STAY OF REFERRAL; CONTINUED STATUS CONFERENCE**

PDF created with pdfFactory trial version www.pdffactory.com

1   This Court having read the Stipulation regarding Stay of Referral and Joint Status
2   Conference Statement attached hereto at Exhibit "A," and good cause appearing therefore,
3   IT IS HEREBY ORDERED:
4   The above-captioned matter shall be stayed and the scheduling conference set for
5   September 11, 2006 shall be continued to March 21, 2007 at 10 a.m., at which time the court and
6   parties will discuss further proceedings in these cases.

8   DATED:     9/8/06                    /s/ Oliver W. Wanger
9                                         JUDGE OLIVER W. WANGER

2

**[PROPOSED] ORDER RE: STAY OF REFERRAL; CONTINUED STATUS CONFERENCE**

PDF created with pdfFactory trial version www.pdffactory.com