JEANNE M. ZOLEZZI – SBN 121282
HERUM CRABTREE BROWN
A California Professional Corporation
2291 WEST MARCH LANE, SUITE B100
STOCKTON, CALIFORNIA 95207
Telephone: (209) 472-7700
Facsimile: (209) 472-7986

Attorneys for Plaintiff
STOCKTON EAST WATER DISTRICT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STOCKTON EAST WATER DISTRICT, CENTRAL SAN JOAQUIN WATER CONSERVATION DISTRICT, COUNTY OF SAN JOAQUIN, CITY OF STOCKTON, CALIFORNIA WATER SERVICE COMPANY,<br><br>       Plaintiffs,<br>   vs.<br><br>UNITED STATES OF AMERICA, DEPARTMENT OF THE INTERIOR, BUREAU OF RECLAMATION; UNITED STATES OF AMERICA, DEPARTMENT OF INTERIOR, FISH AND WILDLIFE SERVICE; BRUCE BABBITT, SECRETARY OF THE INTERIOR,<br><br>       Defendants.<br>_____<br>CENTRAL DELTA WATER AGENCY, RECLAMATION DISTRICT NO. 2072, and R.C. FARMS, INC.,<br><br>       Plaintiffs,<br>   vs.<br><br>UNITED STATES OF AMERICA, DEPARTMENT OF THE INTERIOR, BUREAU OF RECLAMATION, ET AL.,<br><br>       Defendants. | Case No.:  CV-F-93-5896 OWW<br><br>Case No.:  CV-F-96-5738 OWW   DLB<br>              (Consolidated)<br><br><br>ORDER RE: STAY OF REFERRAL;<br>CONTINUED STATUS CONFERENCE |

1

[PROPOSED] ORDER RE: STAY OF REFERRAL; CONTINUED STATUS CONFERENCE

PDF created with pdfFactory trial version www.pdffactory.com

1   This Court having read the Stipulation regarding Stay of Referral and Joint Status
2   Conference Statement attached hereto at Exhibit "A," and good cause appearing therefore,
3   IT IS HEREBY ORDERED:
4   The above-captioned matter shall be stayed and the scheduling conference set for March
5   21, 2007 shall be continued to NOVEMBER 14, 2007 at 9:00 a.m., at which time the court and
6   parties will discuss further proceedings in these cases.

8   DATED: 3/20/07                     /s/ Oliver W. Wanger
9                                      JUDGE OLIVER W. WANGER

2
[PROPOSED] ORDER RE: STAY OF REFERRAL; CONTINUED STATUS CONFERENCE

PDF created with pdfFactory trial version www.pdffactory.com