1  JEANNE M. ZOLEZZI – SBN 121282
2  JENNIFER L. SPALETTA – SBN 200032
   HERUM CRABTREE BROWN
3  A California Professional Corporation
   2291 WEST MARCH LANE, SUITE B100
4  STOCKTON, CALIFORNIA 95207
   Telephone: (209) 472-7700
5  Facsimile: (209) 472-7986

6  Attorneys for Plaintiff
   STOCKTON EAST WATER DISTRICT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STOCKTON EAST WATER DISTRICT, CENTRAL SAN JOAQUIN WATER CONSERVATION DISTRICT, COUNTY OF SAN JOAQUIN, CITY OF STOCKTON, CALIFORNIA WATER SERVICE COMPANY, <br><br>             Plaintiffs, <br>    vs. <br><br>UNITED STATES OF AMERICA, DEPARTMENT OF THE INTERIOR, BUREAU OF RECLAMATION; UNITED STATES OF AMERICA, DEPARTMENT OF INTERIOR, FISH AND WILDLIFE SERVICE; BRUCE BABBITT, SECRETARY OF THE INTERIOR, <br><br>             Defendants. | Case No.: CV-F-93-5896 OWW <br><br>Case No.: CV-F-96-5738 OWW   DLB <br>             (Consolidated) <br><br>ORDER RE: STAY OF REFERRAL; CONTINUED STATUS CONFERENCE |
| CENTRAL DELTA WATER AGENCY, RECLAMATION DISTRICT NO. 2072, and R.C. FARMS, INC., <br><br>             Plaintiffs, <br>    vs. <br><br>UNITED STATES OF AMERICA, DEPARTMENT OF THE INTERIOR, BUREAU OF RECLAMATION, ET AL., <br><br>             Defendants. | |

1

[PROPOSED] ORDER RE: STAY OF REFERRAL; CONTINUED STATUS CONFERENCE

PDF created with pdfFactory trial version www.pdffactory.com

1
2         This Court having read the Stipulation regarding Stay of Referral and Joint Status
3   Conference Statement attached hereto at Exhibit "A," and good cause appearing therefore,
4         IT IS HEREBY ORDERED:
5         The above-captioned matter shall be stayed and the scheduling conference set for
6   November 14, 2007 shall be continued to February 13, 2008 at **8:45** a.m., at which time the court
7   and parties will discuss further proceedings in these cases.
8
9   DATED: November 9, 2007         /s/ OLIVER W. WANGER
10                                           JUDGE OLIVER W. WANGER

[PROPOSED] ORDER RE: STAY OF REFERRAL; CONTINUED STATUS CONFERENCE

PDF created with pdfFactory trial version www.pdffactory.com