JEANNE M. ZOLEZZI – SBN 121282
JENNIFER L. SPALETTA – SBN 200032
**HERUM CRABTREE BROWN**
2291 WEST MARCH LANE, SUITE B100
STOCKTON, CALIFORNIA 95207
Telephone: (209) 472-7700
Fax: (209) 472-7986
jzolezzi@herumcrabtree.com

Attorneys for Plaintiff
Stockton East Water District

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STOCKTON EAST WATER DISTRICT, CENTRAL SAN JOAQUIN WATER CONSERVATION DISTRICT, COUNTY OF SAN JOAQUIN, CITY OF STOCKTON, CALIFORNIA WATER SERVICE COMPANY,<br><br>   Plaintiffs,<br>   vs.<br><br>UNITED STATES OF AMERICA, DEPARTMENT OF THE INTERIOR, BUREAU OF RECLAMATION; UNITED STATES OF AMERICA, DEPARTMENT OF INTERIOR, FISH AND WILDLIFE SERVICE; BRUCE BABBITT, SECRETARY OF THE INTERIOR,<br><br>   Defendants. | Case No.: CV-F-93-5896 OWW<br><br>Case No.: CV-F-96-5738 OWW   DLB<br>(Consolidated)<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE** |
| CENTRAL DELTA WATER AGENCY, RECLAMATION DISTRICT NO. 2072, and R.C. FARMS, INC.,<br><br>   Plaintiffs,<br>   vs.<br><br>UNITED STATES OF AMERICA, DEPARTMENT OF THE INTERIOR, BUREAU OF RECLAMATION, ET AL.,<br><br>   Defendants. | |

/ / /

1
**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE**

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, Stockton East Water District et al. filed their original complaint in case No. CV-F-93-5896 OWW on October 1, 1993.  Stockton East Water District el al. filed its first amended complaint in case No. CV-F-93-5896 OWW on September 22, 1995.

WHEREAS, on March 1, 2004, this Court ordered the transfer of Stockton East Water District, et al.'s takings and breach of contract claims to the Federal Court of Claims.  Those claims were tried to that court as Federal Court of Claims Case No. 04-541 L, and are currently on appeal.

WHEREAS, Stockton East Water District, et al. and the United States have agreed that Stockton East Water District, et al. may dismiss the claims remaining in this court without prejudice to re-file, and that each party shall bear its own costs and attorneys fees with respect to those claims; and

WHERAS, Central Delta Water Agency, et al filed its Second Amended complaint in Case No. CV-F-96-5738 OWW on March 17, 1997.

WHEREAS, Central Delta Water Agency, et al., the United States, and State Defendants have agreed that Central Delta Water Agency, et al. may dismiss its claims remaining in this court without prejudice to re-file, and that each party shall bear its own costs and attorneys fees with respect to those claims; and

**NOW, THEREFORE, the Parties hereby stipulate:**

1. The claims raised in original and first amended complaints filed on October 1, 1993 and September 22, 1995 by Stockton East Water District, Central San Joaquin Water Conservation District, San Joaquin County, the City of Stockton, and California Water Service Company, save and except those takings and breach of contract claims transferred to the Court of Federal Claims by this Court's order of March 1, 2004, be dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(2), each party to bear their own costs and attorneys fees with respect to the dismissed claims.

2. The claims raised in the Second Amended Complaint filed on March 17, 1997 by Central Delta Water Agency, Reclamation District No. 2072, and R.C.

2

PDF created with pdfFactory trial version www.pdffactory.com

Farms, Inc., be dismissed without prejudice, pursuant to F.R.C.P. Rule 41(a)(2), each party to bear their own costs and attorney fees.

SO STIPULATED:

Dated:  February 28, 2008          HERUM CRABTREE BROWN

                                   By:  /s/Jeanne M. Zolezzi
                                        JEANNE M. ZOLEZZI
                                        Attorneys for PLAINTIFFS
                                        STOCKTON EAST WATER DISTRICT, ET AL.

Dated:  February 28, 2008          NOMELLINI, GRILLI & MCDANIEL

                                   By:  /s/Dante John Nomellini
                                        DANTE JOHN NOMELLINI
                                        Attorney for PLAINTIFFS CENTRAL
                                        DELTAWATER AGENCY, ET AL.

Dated:  February 28, 2008          UNITED STATES DEPARTMENT OF JUSTICE
                                   ENVIRONMENT AND NATURAL RESOURCES
                                   DIVISION

                                   By:  /s/ Charles Shockey
                                        CHARLES SHOCKEY
                                        Attorneys for FEDERAL DEFENDANTS

Dated: February 28, 2008           BILL LOCKYER, Attorney General
                                   CLIFFORD T. LEE,
                                   Deputy Attorney General

                                   By:  /s/Clifford T. Lee
                                        CLIFFORD T. LEE, Deputy Attorney General
                                        Attorney for STATE DEFENDANTS

Dated:  February 28, 2008          KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
                                   A Professional Corporation

                                   By:  /s/Daniel J. O'Hanlon
                                        DANIEL J. O'HANLON
                                        Attorneys for WESTLANDS WATER DISTRICT
                                        and SAN LUIS & DELTA-MENDOTA WATER
                                        AUTHORITY

3

**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE**

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated:  February 28, 2008 | LINNEMAN, BURGESS, TELLES, VAN ATTA & VIERRA, RATHMANN, WHITEHURST and KEENE |
| | By:  /s/ Diane V. Rathmann<br>DIANE V. RATHMANN<br>Attorneys for PANOCHE WATER DISTRICT |
| Dated: February 28, 2008 | GRISWOLD, LASALLE, COBB, DOWD & GIN, LLP |
| | By:  /s/Raymond L. Carlson<br>RAYMOND L. CARLSON<br>Attorney for SAN LUIS WATER DISTRICT |
| Dated:  February 28, 2008 | MINASIAN, SPRUANCE, BABER, MEITH, SOARES & SEXTON |
| | By:  /s/Paul Minasian<br>PAUL MINASIAN<br>Attorneys for SAN JOAQUIN RIVER EXCHANGE CONTRACTORS WATER AUTHORITY |
| Dated: February 28, 2008 | McCORMICK KABOT JENNER HURLBUTT & LEW |
| | By:  /s/S.L. Kabot<br>S.L. KABOT<br>Attorney for FRIANT WATER USERS AUTHORITY |

This Court, having read the Stipulation for Dismissal Without Prejudice, and good cause appearing therefore, approves the Stipulation and orders the dismissal without prejudice of the First Amended Complaint filed by Stockton East Water District, et al., and the Second Amended Complaint filed by Central Delta Water Agency.

**IT IS SO ORDERED.**

DATED: February 28, 2008_____ /s/ OLIVER W. WANGER_____
United States District Judge

4

**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE**

PDF created with pdfFactory trial version www.pdffactory.com